UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Kevin Dion Higgins and Sandra Lynn Higgins**
a/k/a Kevin Dion Higgins, Kevin D Hibbins,   Case No. 11-80084
Higgins Lynn Sandra, Sandra L McIntyre Higgins,
Sandra McIntyre, Sandra Higgins
S.S. Nos.: xxx-xx-1015 and xxx-xx-5442
Mailing Address: 1329 Hobson Road, Raeford, NC 28376-

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on January 17, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 27, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 1/3/11
Lastname-SS#: Higgins-1015

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Hoke County Taxes | 2 | House & Lot |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Hoke County Taxes | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| PNC Mortgage | 3 | $3,285 | ** |
| USAA Federal Savings | 5 | $828 | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| PNC Mortgage | 3 | $772 | N/A | n/a | $772.00 | House & Lot |
| USAA Federal Savings | 5 | $157 | N/A | n/a | $157.00 | House & Lot |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| None | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Regional Acceptance | 4 | $15,782 | 5.00 | $108 | $315.68 | 2005 GMC Sierra 1500 |
| Wells Fargo Dealer Services | 6 | $16,173 | 5.00 | $97 | $323.50 | 2008 Toyota Camry |
| American General | 1 | $9,305 | 5.00 | $93 | $186.12 | 09 Suzuki/01 Honda Civic |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $376 | $22,560 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,587** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **1.25** months.

Sch D # = The number of the secured debt as listed on Schedule D
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

American General
Attn: General/Managing Agent
601 North Elm Street
Lumberton, NC 28358-5560

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Asset Acceptance, LLC
2840 South Falkenburg Road
Riverview, FL 33569

Military Star
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Asset Acceptance, LLC
Post Office Box 2036
Warren, MI 48090-2036

North Carolina Department of Re'
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Badcock & More Home Furniture
Post Office Box 1034
Mulberry, FL 33860

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Experian
P.O. Box 2002
Allen, TX 75013-2002

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

Pioneer Military Lending
4000 South Eastern Suite 300
Las Vegas, NV 89119

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Castle Credit Corporation
8420 West Bryn Mawr Avenue
Suite 300
Chicago, IL 60631

PNC Mortgage
Attn: General/Managing Agent
Post Office Box 1820
Dayton, OH 45401-1820

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Chase/AFSA
2277 #. 220th St.
Long Beach, CA 90810

Regional Acceptance
Attn:General/Managing Agent
Post Office Box 830913
Birmingham, AL 35283

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Citibank Government Card Serivices
Post Office Box 6408
Sioux Falls, SD 57117-6408

Sam's Club/GEMB
Attn: Bankruptcy Dept..
PO Box 103104
Roswell, GA 30076-3104

Service Federal Credit Union
90 South Main Street
Rochester, NH 03867

Sheppard Pratt Health Systems
6501 North Charles Street
Baltimore, MD 21285

Suntech College
384 Galleria Parkway
Madison, MS 39110

Target National Bank
c/o Target Credit Services
Post Office Box 1581
Minneapolis, MN 55440-1581

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Time Warner Cable
4200 Paramount Parkway
Morrisville, NC 27560

United Acceptance Corporation
460 Connecticut Boulevard
East Hartford, CT 06108

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

USAA Federal Savings Bank
Attn:General/Managing Agent
10750 McDermott Freeway
San Antonio, TX 78288-0544

Wal-Mart
c/o GE Money Bank - BK Department
Post Office Box 103104
Roswell, GA 30076

Wells Fargo Dealer Services
Attn:General/Managing Agent
Post Office Box 168048
Irving, TX 75016-8048

WFNNB
Attn: Bankruptcy Department
Post Office Box 182125
Columbus, OH 43218-2125