B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

MIDDLE NORTH CAROLINA

In re SANDRA HIGGINS                    ,          Case No. 11-80084

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Texas Guar Student Loan Corp (TGSLC) | JP MORGAN CHASE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  TGSLC/ Attn BKY Unit
  PO Box 83100 Round Rock, TX 78683

Court Claim # (if known):     9
Amount of Claim:     $16,102.68
Date Claim Filed:     02/23/2011

Phone: 800 252-9743 x 4130
Last Four Digits of Acct #:     5442

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  TGSLC
  PO Box 759602 San Antonio, TX 78265

Phone: 800 252-9743 x 4130
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Dismukes                     Date: 03/23/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 11-80084    Doc 15    Filed 03/28/11    Page 1 of 1